Winifred F. Fleming, Appellee, v. Thomas Donovan and Nellie Donovan, Appellants.
Winifred F. Fleming, Appellee, v. Nellie Donovan, Appellant.

Gen. Nos. 43,120, 43,121.

opinion filed December 11, 1944; released for publication December 27, 1944. Charles V. Falkenberg, for appellants; Louis T. Herzon, for appellee. Opinion by PRESIDING JUSTICE NIEMEYER. **Not to be published in full.**